

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 18, 2020

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:   *United States v. Marco Caso*, 20 Cr. 125**

Dear Judge Smith:

    The Government writes to respectfully request that the Court unseal the above-referenced Indictment, 20 Cr. 125, and related arrest warrants, as I have been advised that three of the five defendants have been arrested. The fourth defendant, John Cicero, is at liberty in the community and under pursuit by law enforcement. The fifth defendant, Irma Materasso, is in state custody on other charges and will be transferred to federal custody at a later date.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/ David R. Felton
        David R. Felton
        Assistant United States Attorney
        Tel: (914) 993-1908

SO ORDERED:

*[signature]*
HONORABLE LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE

2/18/2020