**ORIGINAL**

DOCKET No. _20 CR 125_      DEFENDANT: Marco Caso

AUSA _David Felton_      DEF.'S COUNSEL _Howard Tanner_

     ☐ RETAINED      ☐ FEDERAL DEFENDERS      ☑ CJA

☐ _____ INTERPRETER NEEDED      ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☑ Rule 5    ☐ Rule 9    ☐ Rule 5(c)(3)    ☐ Detention Hrg.     DATE OF ARREST _2/18/2020_    ☐ VOL. SURR.

☐ Other: _____      TIME OF ARREST _6:05 AM_    ☑ ON WRIT

     TIME OF PRESENTMENT _3:52 PM_

## BAIL DISPOSITION

☑ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER     ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR_____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY:_____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION     ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT    ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION     ☐ HOME DETENTION     ☐ CURFEW     ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

AUSA David Felton present on behalf of the government; Pretrial Services Officer present; Agent present. Theodore Green (CJA) appointed as counsel for Defendant. Defendant waives a public reading of the Indictment and enters a plea of not guilty. Defendant detained on consent without prejudice. Judge Karas wheeled out and assigned. Time between today's date and the first appearance before the District Judge, not to exceed March 3, 2020, is excluded from calculation under the Speedy Trial Act. Adjourned. Courtflow: 25 minutes

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY      ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED      ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED      ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____    ☐ ON DEFENDANT'S CONSENT

DATE: _2/18/2020_

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.