UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,

        *Plaintiff,*

- against -

MARCO CASO, JOHN CICERO, IMRA MATERSONASSO, ERIC BAKER, MATHEW MATTEO a/k/a MATTHEW MATEO

        *Defendant.*
_____X

Index No.: 7:20-CR-00125/UA

**NOTICE OF APPEARANCE**

**John P. DeMaio,** an Attorney at Law, affirms the following under penalties of perjury:

I hereby appear upon the Defendant, Marco Caso.

**DATED:** February 19th, 2020

 

**John P. DeMaio**
Attorney for Marco Caso
75 Maiden Lane, Suite 205
New York, NY 10038
Tel: (212) 405-2104
Fax (646) 202-1439
johnpdemaio@yahoo.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,

        *Plaintiff,*

- against -

MARCO CASO, JOHN CICERO, IMRA MATERSONASSO, ERIC BAKER, MATHEW MATTEO a/k/a MATTHEW MATEO

        *Defendant.*

_____X

Index No.: 7:20-CR-00125/UA

**AFFIDAVIT OF SERVICE**

Katherine Rice
Being Duly Sworn
Deposes and Says

State of New York
County of New York

I am a New York resident, over 18 years of age and not a party.

On February 19th, 2020, I mailed a copy of the Notice of Appearance via First Class Mail, all postage paid to:

**David Russell Felton**
U.S. Attorney's Office, Southern District of New York
300 Quarropas Street
White Plains, NY 10601
914-993-1908
Email: David.Felton@usdoj.gov

_____
NOTARY

_____
KATHERINE RICE

JOHN P DeMAIO
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. # 02DE6167369
COMMISSION EXPIRES MAY 29, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,

        *Plaintiff,*

- against -                      Index No.: 7:20-CR-00125/UA

MARCO CASO, JOHN CICERO, IMRA MATERSONASSO,
ERIC BAKER, MATHEW MATTEO a/k/a MATTHEW
MATEO

        *Defendant.*

_____X

# NOTICE OF APPEARANCE

**John P. DeMaio**
Attorney for Marco Caso
75 Maiden Lane, Suite 205
New York, NY 10038
Tel: (212) 405-2104
Fax (646) 202-1439
johnpdemaio@yahoo.com