UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: Criminal Cases<br><br>06cr1085<br>20cr125<br>19cr785<br>19cr881<br>19cr562 | NOTICE OF TELECONFERENCE<br>INFORMATION |

KENNETH M. KARAS, United States District Judge:

    For the week of May 4, 2020, the Court will hold all criminal proceedings by telephone. To access the teleconference, please use the following information:

    Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

    Please enter the conference as a guest by pressing the pound sign (#).

    Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   May 2, 2020
             White Plains, New York

                                              KENNETH M. KARAS
                                          United States District Judge