


**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 9, 2020

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Marco Caso*, 20 Cr. 125 (KMK)

Dear Judge Karas:

    On July 7, 2020, the Court's chambers communicated that, for scheduling reasons, the status teleconference previously scheduled for today, July 9, 2020, would be briefly adjourned. The new proposed date, July 21, 2020 at 11:00 a.m., is amenable to all parties. The Government respectfully submits this letter to request, so that the Government can continue to produce and so that the defendants can continue to review discovery, and so that the parties may continue to pursue a possible pre-trial disposition of this matter, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date, July 9, 2020, up to and including July 21, 2020, and submits that such exclusion of time is in the interest of justice.

Granted. Time is excluded from today until 7/21/20, in the interests of justice, so the parties can review discovery and continue their discussions towards a dispostion. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*/s/ KMK*
7/9/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/ David R. Felton
    David R. Felton / Daniel G. Nessim
    Assistant United States Attorneys
    (914) 933-1908 / (212) 637-2486