

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

October 12, 2020

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Marco Caso*, 20 Cr. 125 (KMK)

Dear Judge Karas:

  On October 9, 2020, the Court's chambers communicated that, for scheduling reasons, the status teleconference previously scheduled for tomorrow, October 13, 2020, would be briefly adjourned until October 22, 2020 at 11:00 a.m. The Government respectfully moves, with the consent of four of five defense counsel, that time be excluded under the Speedy Trial Act between October 12, 2020 and October 22, 2020. Such an exclusion would be in the interest of justice to allow the defendants time to continue reviewing discovery and the parties time to continue discussing possible pretrial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A). Counsel for defendant John Cicero objects to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/ David R. Felton
David R. Felton / Daniel G. Nessim
Assistant United States Attorneys
(914) 993-1908 / (212) 637-2486

---

Application is granted. Time is excluded from today until 10/22/20, in the interests of justice. That finding is based on the fact that the coronavirus pandemic has caused substantial complications in the Court's ability to schedule in-person proceedings. These complications are directly related to efforts to ensure that any in-person proceedings do not cause unnecessary risks of exposing parties, counsel, and court personnel to the deadly COVID-19 disease. Thus, the Court is unpersuaded by counsel's objection to the Government's request, which seeks only a 9-day exclusion which is all that is needed to get this case safely on the calendar. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*[signature]*

10/13/20